**Order entered November 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01328-CV

## IN THE INTEREST OF J.S., JR., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

The reporter's record is overdue. This is an accelerated appeal involving the termination of appellant's parental rights. The rules of judicial administration accelerate the final disposition of appeals from suits involving the termination of parental rights. *See* TEX. R. JUD. ADMIN. 6.2(a) (providing 180 days for court's final disposition). Accordingly, we **ORDER** Marty Grant, Official Court Reporter for the 304th Judicial District Court, to file the reporter's record by **November 30, 2018**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Grant and all parties.

/s/    ADA BROWN
          JUSTICE